**COLT B. DODRILL, ESQ.**
Nevada Bar No. 9000
**WOLFE & WYMAN LLP**
980 Kelly Johnson Drive, Ste 140
Las Vegas, NV  89119
Tel: (702) 476-0100
Fax: (702) 476-0101
cbdodrill@wolfewyman.com

Attorneys for Plaintiff/Counterdefendant
**GREEN TREE SERVICING LLC,**
now known as DITECH FINANCIAL LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GREEN TREE SERVICING LLC,<br><br>             Plaintiff,<br>   v.<br><br>NV EAGLES, LLC; SHADOW SPRINGS COMMUNITY ASSOCIATION,<br><br>             Defendants. | CASE NO.: 2:15-cv-00590-RFB-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE GREEN TREE SERVICING LLC'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND NV EAGLES LLC'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>**[FIRST REQUEST]** |
| SHADOW SPRINGS COMMUNITY ASSOCIATION, a Nevada Non-Profit Corporation,<br><br>             Third-Party Plaintiff,<br>   v.<br><br>RED ROCK FINANCIAL SERVICES, LLC, a foreign limited liability company,<br><br>             Third-Party Defendant. | |
| NV EAGLES, LLC,<br><br>             Counterclaimant,<br>   v.<br><br>GREEN TREE SERVICING LLC,<br><br>             Counterdefendant. | |

///

1     WHEREFORE, on January 11, 2016, NV Eagles, LLC ("NV Eagles") filed its Motion for Summary Judgment (Docket No. 31);

3     WHEREFORE, on January 11, 2016, Green Tree Servicing LLC, now known as Ditech Financial LLC ("Green Tree") filed its Motion for Summary Judgment (Docket No. 32);

5     WHEREFORE, on February 1, 2016, Green Tree filed its Opposition to NV Eagles' Motion for Summary Judgment (Docket No. 33);

7     WHEREFORE, on February 4, 2016, Red Rock Financial Services, LLC ("Red Rock") filed its Opposition to Green Tree's Motion for Summary Judgment (Docket No. 34);

9     WHEREFORE, on February 4, 2016, NV Eagles filed its Opposition to Green Tree's Motion for Summary Judgment (Docket No. 36);

11     WHEREFORE, NV Eagles' Reply to Green Tree's Opposition to NV Eagles' Motion for Summary Judgment is currently due on or before February 18, 2016;

13     WHEREFORE, Green Tree's Reply to Red Rock's Opposition to Green Tree's Motion for Summary Judgment is currently due on or before February 21, 2016;

15     WHEREFORE, Green Tree's Reply to NV Eagles' Opposition to Motion for Summary Judgment is currently due on or before February 21, 2016;

17     WHEREFORE, the parties stipulate as follows:

18     IT IS HEREBY STIPULATED AND AGREED between Green Tree, NV Eagles and Red Rock, by and through their undersigned attorneys, that Green Tree shall have up to and including Monday, March 7, 2016 to file its Reply to NV Eagles' Opposition to Green Tree's Motion for Summary Judgment.

22     IT IS HEREBY STIPULATED AND AGREED between Green Tree, NV Eagles and Red Rock, by and through their undersigned attorneys, that Green Tree shall have up to and including Monday, March 7, 2016 to file its Reply to Red Rock's Opposition to Green Tree's Motion for Summary Judgment.

26     IT IS HEREBY STIPULATED AND AGREED between Green Tree, NV Eagles and Red Rock, by and through their undersigned attorneys, that NV Eagles shall have up to and including Monday, March 7, 2016 to file its Reply to Green Tree's Opposition to NV Eagles' Motion for

1  Summary Judgment.

2      The parties request their respective extensions because of numerous motions pending and as

3  a way to accommodate one another accordingly with the extensive motion practice in this matter.

4      This is the parties' first request for an extension to file their reply briefs and is not intended to

5  cause any delay or prejudice to any party.  Trial has not been set in this case yet.

| WOLFE & WYMAN LLP | THE WRIGHT LAW GROUP, P.C. |
|---|---|
| By:  /s/ *Colt B. Dodrill* | By:  /s/ *John Henry Wright* |
| Colt B. Dodrill, Esq. | John Henry Wright, Esq. |
| Nevada Bar No. 9000 | Nevada Bar No. 6182 |
| 980 Kelly Johnson Drive, Suite 140 | 2340 Paseo Del Prado, Suite D-305 |
| Las Vegas, NV 89119 | Las Vegas, NV 89102 |
| *Attorneys for Plaintiff/Counterdefendant, Green Tree Servicing LLC, now known as Ditech Financial LLC* | *Attorneys for Defendant/Counterclaimant, NV Eagles, LLC* |
| DATED: February 8, 2016 | DATED:  February 8, 2016 |

KOCH & SCOW, LLC

By:  /s/ *Steven B. Scow*
David R. Koch, Esq.
Nevada Bar No. 8830
Steven B. Scow, Esq.
Nevada Bar No. 9906
Brody R. Wight, Esq.
Nevada Bar No. 13615
11500 S. Eastern Ave., Suite 210
Henderson, NV 89052
*Attorneys for Third-Party Defendant,
Red Rock Financial Services, LLC*

DATED:  February 8, 2016

///

///

///

///

///

3

**ORDER**

By stipulation of the parties and good cause appearing, IT IS HEARBY ORDERED as follows:

The deadline for Green Tree to file its Reply to NV Eagles' Opposition to Green Tree's Motion for Summary Judgment is hereby extended up to and including Monday, March 7, 2016.

The deadline for Green Tree to file its Reply to Red Rock's Opposition to Green Tree's Motion for Summary Judgment is hereby extended up to and including Monday, March 7, 2016.

The deadline for NV Eagles to file its Reply to Green Tree's Opposition to NV Eagles' Motion for Summary Judgment is hereby extended up to and including Monday, March 7, 2016.

IT IS SO ORDERED.

Dated: February 9, 2016.

_____
RICHARD F. BOULWARE, II
United States District Judge

4

**CERTIFICATE OF SERVICE**

On February 8, 2016, I served the **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE GREEN TREE SERVICING LLC'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND NV EAGLES LLC'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT [FIRST REQUEST]** by the following means to the persons as listed below:

   X      a.    ECF System (you must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary):

| | |
|---|---|
| John Henry Wright | dayana@wrightlawgroupnv.com |
| Elizabeth Lowell | elowell@pengillylawfirm.com |
| David Koch | dkoch@kochscow.com |
| Steven Scow | sscow@kochscow.com |

            b.    United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary):

                          */s/ Kathy Hagmaier*
By:   KATHY HAGMAIER
        An employee of Wolfe & Wyman LLP