**COLT B. DODRILL, ESQ.**
Nevada Bar No. 9000
**WOLFE & WYMAN LLP**
980 Kelly Johnson Drive, Ste 140
Las Vegas, NV  89119
Tel: (702) 476-0100
Fax: (702) 476-0101
cbdodrill@wolfewyman.com

Attorneys for Plaintiff/Counterdefendant
**GREEN TREE SERVICING LLC,**
now known as DITECH FINANCIAL LLC



# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GREEN TREE SERVICING LLC, | CASE NO.: 2:15-cv-00590-RFB-GWF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE GREEN TREE SERVICING LLC'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND NV EAGLES LLC'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| NV EAGLES, LLC; SHADOW SPRINGS COMMUNITY ASSOCIATION, | |
| Defendants. | |
| | **[SECOND REQUEST]** |
| SHADOW SPRINGS COMMUNITY ASSOCIATION, a Nevada Non-Profit Corporation, | |
| Third-Party Plaintiff, | |
| v. | |
| RED ROCK FINANCIAL SERVICES, LLC, a foreign limited liability company, | |
| Third-Party Defendant. | |
| NV EAGLES, LLC, | |
| Counterclaimant, | |
| v. | |
| GREEN TREE SERVICING LLC, | |
| Counterdefendant. | |

///

2284738.1

1  WHEREFORE, on January 11, 2016, NV Eagles, LLC ("NV Eagles") filed its Motion for
2  Summary Judgment (Docket No. 31);

3  WHEREFORE, on January 11, 2016, Green Tree Servicing LLC, now known as Ditech
4  Financial LLC ("Green Tree") filed its Motion for Summary Judgment (Docket No. 32);

5  WHEREFORE, on February 1, 2016, Green Tree filed its Opposition to NV Eagles' Motion
6  for Summary Judgment (Docket No. 33);

7  WHEREFORE, on February 4, 2016, Red Rock Financial Services, LLC ("Red Rock") filed
8  its Opposition to Green Tree's Motion for Summary Judgment (Docket No. 34);

9  WHEREFORE, on February 4, 2016, NV Eagles filed its Opposition to Green Tree's Motion
10 for Summary Judgment (Docket No. 36);

11 WHEREFORE, NV Eagles' Reply to Green Tree's Opposition to NV Eagles' Motion for
12 Summary Judgment is currently due on or before March 7, 2016;

13 WHEREFORE, Green Tree's Reply to Red Rock's Opposition to Green Tree's Motion for
14 Summary Judgment is currently due on or before March 7, 2016;

15 WHEREFORE, Green Tree's Reply to NV Eagles' Opposition to Motion for Summary
16 Judgment is currently due on or before March 7, 2016;

17 WHEREFORE, the parties stipulate as follows:

18 IT IS HEREBY STIPULATED AND AGREED between Green Tree, NV Eagles and Red
19 Rock, by and through their undersigned attorneys, that Green Tree shall have up to and including
20 Monday, March 28, 2016 to file its Reply to NV Eagles' Opposition to Green Tree's Motion for
21 Summary Judgment.

22 IT IS HEREBY STIPULATED AND AGREED between Green Tree, NV Eagles and Red
23 Rock, by and through their undersigned attorneys, that Green Tree shall have up to and including
24 Monday, March 28, 2016 to file its Reply to Red Rock's Opposition to Green Tree's Motion for
25 Summary Judgment.

26 IT IS HEREBY STIPULATED AND AGREED between Green Tree, NV Eagles and Red
27 Rock, by and through their undersigned attorneys, that NV Eagles shall have up to and including
28 Monday, March 28, 2016 to file its Reply to Green Tree's Opposition to NV Eagles' Motion for

2284738.1

1 Summary Judgment.

2     The parties request their respective extensions in light of the guidance provided by the Court to FHFA, Fannie Mae, and Freddie Mac, at the hearings recently conducted in the related cases of *Whittington Holdings 1 LLC v. Westerfield*, No. 2:15-cv-0316-RFB-PAL, and *My Home Now, LLC v. Bank of America, N.A.*, No. 2:14-cv-1957-RFB-CWH.  Green Tree intends to use the additional time to evaluate how the Court's ruling at those hearings affects the pending motions for summary judgment.  Green Tree makes this request in an effort to ensure that any further dispositive motion briefing in this case is informed by this Court's discussion of the issues at those hearings.

    This is the parties' second request for an extension to file their reply briefs and is not intended to cause any delay or prejudice to any party.  Trial has not been set in this case yet.

| WOLFE & WYMAN LLP | THE WRIGHT LAW GROUP, P.C. |
|---|---|
| By:  /s/ *Colt B. Dodrill* | By:  /s/ *John Henry Wright* |
| Colt B. Dodrill, Esq.<br>Nevada Bar No. 9000<br>980 Kelly Johnson Drive, Suite 140<br>Las Vegas, NV 89119<br>*Attorneys for Plaintiff/Counterdefendant,*<br>*Green Tree Servicing LLC, now known as Ditech Financial LLC* | John Henry Wright, Esq.<br>Nevada Bar No. 6182<br>2340 Paseo Del Prado, Suite D-305<br>Las Vegas, NV 89102<br>*Attorneys for Defendant/Counterclaimant,*<br>*NV Eagles, LLC* |
| DATED: March 2, 2016 | DATED:  March 2, 2016 |

KOCH & SCOW, LLC

By:  /s/ *Steven B. Scow*
David R. Koch, Esq.
Nevada Bar No. 8830
Steven B. Scow, Esq.
Nevada Bar No. 9906
Brody R. Wight, Esq.
Nevada Bar No. 13615
11500 S. Eastern Ave., Suite 210
Henderson, NV 89052
*Attorneys for Third-Party Defendant,*
*Red Rock Financial Services, LLC*

DATED:  March 2, 2016

# ORDER

By stipulation of the parties and good cause appearing, IT IS HEARBY ORDERED as follows:

The deadline for Green Tree to file its Reply to NV Eagles' Opposition to Green Tree's Motion for Summary Judgment is hereby extended up to and including Monday, March 28, 2016.

The deadline for Green Tree to file its Reply to Red Rock's Opposition to Green Tree's Motion for Summary Judgment is hereby extended up to and including Monday, March 28, 2016.

The deadline for NV Eagles to file its Reply to Green Tree's Opposition to NV Eagles' Motion for Summary Judgment is hereby extended up to and including Monday, March 28, 2016.

IT IS SO ORDERED.

Dated: March 7, 2016.

_____
RICHARD F. BOULWARE, II
United States District Judge

## CERTIFICATE OF SERVICE

On March 2, 2016, I served the **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE GREEN TREE SERVICING LLC'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND NV EAGLES LLC'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT [SECOND REQUEST]** by the following means to the persons as listed below:

   X    a. ECF System (you must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary):

| | |
|---|---|
| John Henry Wright | dayana@wrightlawgroupnv.com |
| Elizabeth Lowell | elowell@pengillylawfirm.com |
| David Koch | dkoch@kochscow.com |
| Steven Scow | sscow@kochscow.com |

        b. United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary):

*/s/ Kathy Hagmaier*
By: KATHY HAGMAIER
An employee of Wolfe & Wyman LLP