Leslie Bryan Hart, Esq. (SBN 4932)
John D. Tennert, Esq. (SBN 11728)
FENNEMORE CRAIG, P.C.
300 E. Second St., Suite 1510
Reno, Nevada 89501
Tel: 775-788-2228   Fax: 775-788-2229
lhart@fclaw.com; jtennert@fclaw.com

(Admitted *Pro Hac Vice*)
Asim Varma, Esq.
Howard N. Cayne, Esq.
Michael A.F. Johnson, Esq.
ARNOLD & PORTER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Tel: (202) 942-5000   Fax: (202) 942-5999
Asim.Varma@aporter.com;
Howard.Cayne@aporter.com;
Michael.Johnson@aporter.com

*Attorneys for Intervenor-Plaintiff Federal Housing Finance Agency*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GREEN TREE SERVICING LLC,<br><br>Plaintiff,<br>v.<br>NV EAGLES, LLC; and SHADOW SPRINGS COMMUNITY ASSOCIATION,<br>Defendants. | CASE NO. 2:15-cv-00590-RFB-GWF<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR INTERVENOR-PLAINTIFF FHFA TO RESPOND TO INTERVENOR-DEFENDANT NV EAGLES, LLC'S MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |
| NV EAGLES, LLC,<br>Counterclaimant,<br>v.<br>GREEN TREE SERVICING LLC,<br>Counter-defendant. | |
| SHADOW SPRINGS COMMUNITY ASSOCIATION, a Nevada Non-Profit Corporation,<br>Third-Party Plaintiff,<br>v.<br>RED ROCK FINANCIAL SERVICES, LLC, a foreign limited liability company,<br>Third-Party Defendant. | |
| FEDERAL HOUSING FINANCE AGENCY, as Conservator of the Federal National Mortgage Association,<br>Intervenor-Plaintiff,<br>v.<br>NV EAGLES, LLC,<br>Intervenor-Defendant. | |

Intervenor-Plaintiff Federal Housing Finance Agency ("FHFA") and Intervenor-Defendant NV Eagles, LLC ("NV Eagles") by and through their undersigned counsel, hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED that the deadline for FHFA to file its response to NV Eagles' Motion to Dismiss (ECF No. 85) is extended from October 17, 2016 to October 31, 2016.

This is the parties' first request for an extension of time regarding the Response. This additional time is appropriate because counsel for FHFA are involved in dozens of related cases pending in this District and are facing deadlines in other cases as well.

DATED this 13th day of October, 2016.

| FENNEMORE CRAIG, P.C. | THE WRIGHT LAW GROUP, PC. |
|---|---|
| By:   /s/   Leslie Bryan Hart<br>Leslie Bryan Hart, Esq. (SBN 4932)<br>John D. Tennert, Esq. (SBN 11728)<br>300 E. Second St., Suite 1510<br>Reno, Nevada 89501<br>Tel: 775-788-2228   Fax: 775-788-2229<br>lhart@fclaw.com; jtennert@fclaw.com<br>and<br>**ARNOLD & PORTER LLP**<br>    (Admitted *Pro Hac Vice*)<br>    Asim Varma, Esq.<br>    Howard N. Cayne, Esq.<br>    Michael A.F. Johnson, Esq.<br><br>*Attorneys for Intervenor-Plaintiff Federal Housing Financing Agency* | By: /s/    John Henry Wright<br>    John Henry Wright, Esq. (SBN 6182)<br>    2340 Paseo Del Prado, Suite D-305<br>    Las Vegas, Nevada 89102<br>    Tel: 702-405-0001  Fax: 702-405-8454<br>    john@wrightlawgroupnv.com<br>*Attorneys for Intervenor-Defendant NV Eagles, LLC* |

**ORDER**

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED this 24th day of October, 2016.

## CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b) and Electronic Filing Procedure IV(B), I certify that on the 13th day of October, 2016, a true and correct copy of the **STIPULATION FOR EXTENSION OF TIME,** was transmitted electronically through the Court's e-filing electronic notice system to the attorney(s) associated with this case. If electronic notice is not indicated through the court's e-filing system, then a true and correct <u>paper</u> copy of the foregoing document was delivered via U.S. Mail.

Elizabeth B Lowell  elowell@pengillylawfirm.com

Darren T Brenner  darren.brenner@akerman.com

Steven B Scow  sscow@kochscow.com

David R Koch  dkoch@kochscow.com

Donna M. Wittig  donna.wittig@akerman.com

Brody R. Wight  bwight@kochscow.com

                                  /s/   Pamela Carmon
                              An Employee of Fennemore Craig, P.C.

12165242.1/038236.0001

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200