# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GREEN TREE SERVICING LLC, | ) |
| Plaintiff, | ) Case No.: 2:15-cv-00590-RFB-GWF |
| vs. | ) **ORDER** |
| NV EAGLES, LLC; SHADOW SPRINGS COMMUNITY ASSOCIATION, | ) |
| Defendants. | ) |

This matter is before the Court on the parties' Motion to Substitute Attorney (ECF No. 100), filed on January 30, 2018. Upon review and consideration,

**IT IS HEREBY ORDERED** that the parties' Motion to Substitute Attorney (ECF No. 100) is **granted**. The Clerk of the Court shall substitute Joseph Y. Hong, Esq. as counsel of record for Defendant NV Eagles, LLC in the place of John H. Wright, Esq.

DATED this 31st day of January, 2018.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge